IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ET 8 LP TRANSCENDENT ELECTRA MANAGEMENT LLC, | * |
| | * |
| Plaintiff, | Case No. 5:23-cv-00196-MTT |
| v. | * |
| WILLIAM HAYWOOD GORDON, et al., | * |
| Defendants, | * |

### J U D G M E N T

Pursuant to this Court's Order dated July 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Magistrate Court of Houston County, Georgia.

This 21st day of July, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk