**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ET 8 LP TRANSCENDENT ELECTRA MANAGEMENT, LLC,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>WILLIAM HAYWOOD GORDON, et al.,   )<br>)<br>Defendants.   ) | CIVIL ACTION NO. 5:23-cv-196 (MTT) |

**ORDER**

On July 20, 2023, the Court remanded this case to the Magistrate Court of Houston County, Georgia. Doc. 5. Defendant William Gordon moves to set aside that order. Doc. 7. However, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d); *Burr & Forman v. Blair*, 470 F.3d 1019, 1034 (11th Cir. 2006) ("Section 1447(d) bars not only appellate review of a remand order, but also reconsideration of the order by the remanding district court."). Accordingly, Gordon's motion to set aside (Doc. 7) is **DENIED** for lack of jurisdiction. Even if the Court could address the "merits" (Gordon simply disagrees with the remand order), the Court would deny the motion.

**SO ORDERED**, this 10th day of January, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT